**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| EREĞLI DEMIR VE ÇELIK FABRIKALARI T.A.Ş., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>UNITED STATES, <br><br>　　　　　Defendant, <br><br>　　and <br><br>AK STEEL CORPORATION *et al.*, <br><br>　　　　　Defendant-Intervenors. | Court No. 16-217 <br><br> Before Timothy C. Stanceu, <br> Chief Judge |

**JOINT STATUS REPORT**

　　　　Pursuant to Rule 56.2(a) of the Rules of the Court of International Trade, counsel for the parties have consulted and respectfully submit the following status report.

**STATUS REPORT**

　　　　In response to the questions set forth in CIT Rule 56.2(a), the parties state the following:

1. *Does the court have jurisdiction over the action?*

　　　　Plaintiff believes that the Court possesses jurisdiction to entertain these actions pursuant to 28 U.S.C. § 1581(c), as these actions were commenced under Section 516A(a)(2)(A)(i)(II) and (B)(i) of the Tariff Act of 1930, as amended, 19 U.S.C. §§ 1516a(a)(2)(A)(ii) and (B)(i). Defendant and Defendant-intervenors are not aware of any basis to challenge the Court's jurisdiction at this time.

2. *Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?*

Plaintiff, Defendant, and Defendant-Intervenors are not aware of any reason that this case should be consolidated with any other case, nor are they aware of any reason that any portion of this case should be severed.

3. *Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?*

Yes, further proceedings in this case should be deferred pending final adjudication of *Nucor Corp. v. United States*, C.I.T. Court No. 16-233. The present appeal concerns the Department of Commerce's final determination in the CVD investigation of hot-rolled steel from Turkey. The *Nucor* appeal concerns the International Trade Commission's final negative injury determination as to Turkey in the CVD investigation of hot-rolled steel from Turkey. If the Court upholds the ITC's negative injury determination in the *Nucor* appeal, then the present appeal will be mooted and plaintiff Erdemir intends to voluntarily dismiss the present appeal. The parties therefore agree that it would be appropriate to stay the present appeal until the *Nucor* appeal is completed, and the parties attach a consent motion to that effect. In light of this agreement, the parties refrain from proposing a scheduling order at this time.

4. *Should the court be aware of any other information at this time?*

The parties are unaware of any other information of which the Court should be aware at this time.

Respectfully submitted,

David L. Simon
LAW OFFICE OF DAVID L. SIMON
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC  20036

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Claudia Burke
CLAUDIA BURKE
Assistant Director

/s/ Renee A. Burbank
Renee A. Burbank, Esq.
Trial Counsel
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

/s/
Daniel Schneiderman, Esq.
King & Spalding, LLP
1700 Pennsylvania Avenue, NW Suite 200
Washington, DC 20006-4706

/s/
Brooke M. Ringel, Esq.
Kelley Drye & Warren, LLP
3050 K Street, NW
Suite 400
Washington,  DC 20007-5108

/s/
Alan H. Price, Esq.
Wiley Rein, LLP
1776 K Street, NW
Washington, DC 20006

/s/
Jeffrey D. Gerrish, Esq.
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue, NW
Washington, DC 20005

Dated: January 23, 2017

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| EREĞLI DEMIR VE ÇELIK FABRIKALARI T.A.Ş., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> AK STEEL CORPORATION *et al.*, <br><br> Defendant-Intervenors. | Court No. 16-217 <br><br> Before Timothy C. Stanceu, <br> Chief Judge |

**CONSENT MOTION TO STAY PROCEEDINGS**

1. Plaintiff Ereğli Demir ve Çelik Fabrikalari T.A.Ş. ("Erdemir") moves, pursuant to Rule 7 of the Rules of this Court, that this Court stay this proceeding until the final adjudication of *Nucor Corp. v. United States*, C.I.T. Court No. 16-233, for the reasons set forth below.

2. Counsel for plaintiff Erdemir has consulted with the following counsel, each of whom consents to this motion: Renee A. Burbank, U.S. Department of Justice, consents on behalf of Defendant United States; Stephan A. Jones, King & Spalding LLP, consents on behalf of Defendant-intervenor AK Steel Corporation; Brooke M. Ringel, Kelley Drye & Warren LLP, consents on behalf of Defendant-intervenor ArcelorMittal USA LLC; Alan H. Price, Wiley Rein LLP, consents on behalf of Defendant-intervenor Nucor Corporation; Jeffrey D. Gerrish, Skadden Arps Slate Meagher & Flom LLP, consents on behalf of Defendant-intervenor United States Steel Corporation.

3. The present appeal concerns the Department of Commerce's final determination in the CVD investigation of hot-rolled steel from Turkey. *Nucor Corp. v. United States*, C.I.T.

Court No. 16-233, concerns the International Trade Commission's final negative injury determination as to Turkey in the CVD investigation of hot-rolled steel from Turkey. If the Court upholds the ITC's negative injury determination in the *Nucor* appeal, then the present appeal will be mooted and plaintiff Erdemir intends to voluntarily dismiss the present appeal.

4.      Plaintiff thus believes that a stay of this action would promote judicial efficiency and cause no harm to any party with an interest in the outcome of this action.

WHEREFORE, Plaintiff asks that further proceedings in this case be stayed pending a final adjudication of *Nucor Corp. v. United States*, C.I.T. Court No. 16-233.

Respectfully submitted,

David L. Simon
LAW OFFICE OF DAVID L. SIMON
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC  20036
Tel. (202) 481-9000
Email dlsimon@dlsimon.com

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| EREĞLI DEMIR VE ÇELIK FABRIKALARI T.A.Ş., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> AK STEEL CORPORATION *et al*., <br><br> Defendant-Intervenors. | Court No. 16-217 <br><br> Before Timothy C. Stanceu, Chief Judge |

**ORDER**

Upon consideration of the consent motion of Plaintiff Ereğli Demir ve Çelik Fabrikalari T.A.Ş. ("Erdemir") to stay these proceedings pending the final adjudication of *Nucor Corp. v. United States*, C.I.T. Court No. 16-233, now pending before this Court, and all other papers and pleadings herein, it is hereby –

ORDERED that the present case is stayed pending final adjudication of *Nucor Corp. v. United States*, C.I.T. Court No. 16-233, and it is further

ORDERED that within 20 days of a final adjudication of *Nucor Corp. v. United States*, C.I.T. Court No. 16-233, plaintiff Erdemir shall file a further status report herein.

So ordered.

                                                                                                                         _____
                                                                                                                         Timothy C. Stanceu, Chief Judge

Date: _____, 2017
       New York, New York